```
LAWRENCE G. BROWN
Acting United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781
```

FILED

APR 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | **SEALING ORDER** (Under Seal) |
| v. | 2:09-mj-0114 DAD |
| FRANK PAUL TURNER, JR. | |
| Defendant. | **SEALED** |

The Court hereby orders the Criminal Complaint, and Arrest Warrant, in the above-referenced matter, shall be sealed until further order of the Court.

DATED: April 7, 2009

_____
DALE A. DROZD
United States Magistrate Judge